UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LEONARD VARCADIPANE,

Plaintiff,

v.                                                    CAUSE NO.: 3:20-CV-183-JD-MGG

RON NEAL, et al.,

Defendants.

OPINION AND ORDER

Leonard Varcadipane, a prisoner without a lawyer, filed a complaint. ECF 1.

When screened, the court found it did not state a claim for which relief could be

granted. ECF 3. However, he was granted until May 29, 2020, to file an amended

complaint. He was cautioned if he did not respond, this case would be dismissed

without further notice. The deadline has passed, but he has not responded.

For these reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A because

the complaint did not state a claim for which relief could be granted.

SO ORDERED on June 15, 2020

_____/s/JON E. DEGUILIO_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT